# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:20-mj-1558 GJK

**NIMA FAZELI**

AUSA: Amanda Daniels
Defense Atty.: Michael Ryan

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly Courtroom 3C | DATE/TIME | July 31, 2020 2:04-2:24 = 20 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | n/a | PTS/PROB. | Sonya Williams |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C COMPLAINT/BOND HEARING
**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft requests appointment of counsel/Court reviews financial affidavit does not find dft qualifies for court appointed counsel
Court direct dft to hire private counsel/Court will appoint FPD for this hearing
No issue as to identity
Gov summarizes charge(s)/penalties
Go does not seek detention requests release on conditions stated
PTS responds regarding flying while on GPS monitoring
Dft responds to conditions of release requested by Gov/requests curfew instead of GPS monitoring
Gov responds regarding questions about internet restrictions
Court sets conditions as stated
Dft waives PE hearing to be held in charging district
Dft requests IA hearing with charging District be held by Zoom
Dft counsel requests dft be able to access his financial accounts via internet/Court denies request
Court adjourned